UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHANE SAENZ,<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-00586-P |
| VERSUS | JUDGE DRELL |
| WARDEN CALVIN JOHNSON,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (Doc. 1) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 27th day of January, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE